## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. | Arisknight Arkin-Everett Winfree | Mag. Judge: | Sally J. Berens |
|---|---|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:23-mj-00031-SJB | 1/24/2023 | 3:10 PM - 3:15 PM | Grand Rapids | |

**APPEARANCES:**

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Davin Maitland Reust | Raymond Cassar* | Retained |

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Complaint | Read __<br>Reading Waived __ |

### TYPE OF HEARING
- ✓ First Appearance
- __ Arraignment:
  - __ mute     __ nolo contendre
  - __ not guilty    __ guilty
- __ Initial Pretrial Conference
- __ Detention   (waived __)
- __ Preliminary   (waived __)
- __ Rule 5 Proceeding
- __ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- __ Sentencing
- __ Other: ____

### DOCUMENTS
- __ Defendant's Rights
- __ Waiver of ____
- __ Consent to Mag. Judge for ____
- __ Other: ____

Court to Issue:
- __ Report & Recommendation
- __ Order of Detention
- __ Order to file IPTC Statements
- __ Bindover Order
- ✓ Order Appointing Counsel
- ✓ Other: Rule 5(f) Order

### CHANGE OF PLEA
Guilty Plea to Count(s) ____ of the ____

Count(s) to be dismissed at sentencing: ____

Presentence Report:
__ Ordered    __ Waived

__ Plea Accepted by the Court
__ No Written Plea Agreement

### EXPEDITED RESOLUTION
__ Case appears appropriate for expedited resolution

### ADDITIONAL INFORMATION
*Counsel represented defendant for today's hearing only; defendant requested court appointed counsel moving forward.

### SENTENCING
Imprisonment: ____
Probation: ____
Supervised Release: ____
Fine: $ ____
Restitution: $ ____
Special Assessment: $ ____
Plea Agreement Accepted:    __Yes   __No
Defendant informed of right to appeal:    __Yes   __No
Counsel informed of obligation to file appeal:  __Yes   __No

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ ____ |
| **CASE TO BE:**   Set for Hearing before Mag. Judge | **TYPE OF HEARING:**  Preliminary/Detention Hearings |
| **Reporter/Recorder:**   Digitally Recorded | **Courtroom Deputy:**    J. Norton |